[Cite as *Circone v. State*, 2010-Ohio-4233.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

BRAD CIRCONE, et al.

　　Plaintiffs

　　v.

STATE OF OHIO

　　Defendant

　　Case No. 2010-03941-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL


{¶ 1} On March 23, 2010, this court issued an entry ordering plaintiffs to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court. Plaintiffs were also ordered to submit the $25.00 filing fee or a poverty statement. Plaintiffs have failed to comply with the court order. Therefore, plaintiffs' case is DISMISSED without prejudice pursuant to Civ.R. 41. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Brad Circone
Brad Circone and Associates
8058 Luckstone Drive

Case No. 2010-03941-AD - 2 - ENTRY

Case No. 2010-03941-AD - 2 - ENTRY

Dublin, Ohio  43017

DRB/laa
Filed 5/5/10
Sent to S.C. reporter 9/2/10